UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>SHAWN MCCOY,<br><br>Defendant. | 02-CR-1372-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Government is directed to respond to the defendant's application, filed at Dkt. No. 588, by January 20, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 6, 2022
New York, New York