UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SHAWN MCCOY,

                Defendant.

02-CR-1372-03 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a new motion for sentence reduction from defendant Shawn McCoy. Dkt. 602. The Court **DENIES** this motion substantially for the same reasons covered in the Court's lengthy decision last month denying his motion for compassionate release. *See* Dkt. 600 (opinion and order issued July 27, 2022). The Clerk of Court is respectfully directed to close the motions pending at Dkts. 602 & 603.

    SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: August 31, 2022
        New York, New York